

CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

May 23, 2025

<u>*Via ECF*</u>
Honorable Ronnie Abrams
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Samskip Logistics, Inc. V. Mediterranean Shipping Company S.A.
     25-CV-02556-RA
     T&N File No.: 3141

Honorable Madam:

  We are attorneys for the Plaintiff in the above captioned action. We are writing to respectfully request a 30-day adjournment of the Initial Conference in this action scheduled for May 30, 2025, at 11:30 a.m.

  The parties are currently discussing settlement and do not wish to take time from the Court at this time. We would be grateful if the Court could adjourn the conference for thirty days. We greatly appreciate your Honor's consideration to this request.

               Respectfully submitted,

               Thomas L. Tisdale

mt

Application granted. The conference scheduled for May 30, 2025 is hereby adjourned to July 11, 2025 at 1 p.m. The parties shall file their joint pretrial letter, as well as the proposed case management plan and scheduling order, no later than July 3, 2025. Unless the parties request otherwise, the conference will take place electronically. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 27, 2025