

CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

July 3, 2025

<u>*Via ECF*</u>
Honorable Ronnie Abrams
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: **Samskip Logistics, Inc. V. Mediterranean Shipping Company S.A.**
     **25-CV-02556-RA**
     **T&N File No.: 3141**

Honorable Madam:

  We are attorneys for the Plaintiff in the above captioned action. We are writing to respectfully request a 30-day adjournment of the joint pretrial letter, proposed case management plan, and scheduling order due today, July 3, 2025. We also respectfully request a 30-day adjournment of the conference scheduled for July 11, 2025 at 1 p.m. A previous extension was requested on May 23, 2025 and was granted by the Court on May 27, 2025.

  The parties are continuing to discuss settlement and do not wish to take time from the Court at this time. The parties have now settled one of the two claims at issue and settlement discussions concerning the second claim are progressing well. MSC has assigned counsel and we kindly request the Court grant MSC until July 14, 2025 to answer the Complaint so that negotiations can continue. Plaintiff has no objection to extending the time to answer.

We greatly appreciate your Honor's consideration to this request.

Respectfully submitted,

Application granted. The conference is hereby adjourned to August 15, 2025 at 1:00 p.m. The parties shall submit their joint letter and proposed case management plan and scheduling order no later than August 8, 2025.

             /s/
           Thomas L. Tisdale

SO ORDERED.

Hon. Ronnie Abrams
July 7, 2025

1